**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

August 29, 2024

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Espinal v. Magma Products, LLC*
      Case No.: 1:24-cv-4755

Dear Judge Failla,

     The undersigned represents Frangie Espinal, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Magma Products, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 6, 2024, at 12:00 PM (Dkt. 6) be adjourned for 60 days because service has not yet been effectuated and Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED. The initial pre-trial conference scheduled for September 6, 2024, is hereby ADJOURNED to **November 6, 2024,** at **10:00 a.m.** The dial-in information remains the same and is as follows: At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties are reminded of their obligation to submit a joint pre-conference statement and proposed case management plan on or before **October 31, 2024.** (*See* Dkt. #6).

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Date:   August 30, 2024
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE